# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE PARENTAL
RIGHTS AS TO A.M.

GIANO A.,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
MATHEW HARTER, DISTRICT JUDGE,
Respondents,
and
JENNIFER M.M.,
Real Party in Interest.

No. 80624

FILED

MAR 19 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
      DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This original petition for a writ of mandamus challenges a district court's order denying a stay motion in an action to terminate petitioner's parental rights. Having considered the petition and appendices filed in this matter, we are not persuaded that our extraordinary and discretionary intervention is warranted. *See* NRS 34.160; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) ("Petitioners carry the burden of demonstrating that extraordinary relief is warranted."). Accordingly, we

ORDER the petition DENIED.

_____, J.
Gibbons

_____, J.          _____, J.
Stiglich                              Silver

SUPREME COURT
OF
NEVADA

(O) 1947A

20-10841

cc: Hon. Mathew Harter, District Judge
Holland & Hart LLP/Las Vegas
Jennifer M.M.
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A